UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20512-CR-GRAHAM

UNITED STATES OF AMERICA

vs.

JAIME DARIO DAZA,

        Defendant.
_____/

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the indictment in this case.

                                                Respectfully submitted,

                                                R. ALEXANDER ACOSTA
                                                UNITED STATES ATTORNEY

By: _____
       ROBERT SENIOR
       CHIEF, CRIMINAL DIVISION

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: May 19, 2009.

                                    _____
                                    HON. DONALD L. GRAHAM
                                    UNITED STATES DISTRICT JUDGE